IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA   )
ex rel. John O'Neill,      )
etc.,                      )
                           )
    Plaintiff,             )
                           )          CIVIL ACTION NO.
    v.                     )          1:14cv1236-MHT
                           )               (WO)
COVENANT HOSPICE, INC.,    )
                           )
    Defendant.             )

### JUDGMENT

Having considered the plaintiff's notice of voluntary dismissal (doc. no. 13) pursuant to Fed. R. Civ. P. 41(a), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of July, 2015.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE